AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG
AUG 08 2014
PER _____
DEPUTY CLERK

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:11-CR-0302-01 |
| HUMPHREY EZEKIEL HOLMES | ) | | |
| *Defendant* | ) | | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/8/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Anne Gingrich Cornick

717 557 7243
*Telephone number of defendant's attorney*

717 558 0830
*FAX number of defendant's attorney*