AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| HUMPHREY EZEKIEL HOLMES | ) | Case No. | 1:11-CR-0302-01 |
| | ) | | |
| Defendant | ) | | |

RECEIVED
USMS HARRISBURG, PA
2016 JUL 20 PM 3: 10

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Supervised Release

Date: Jul 20, 2016

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Mark J. Armbruster
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/20/2016, and the person was arrested on *(date)* 7/22/2016
at *(city and state)* Harrisburg, PA.

Date: 7/22/2016

*Arresting officer's signature*

B. Reiff  SDUSM
*Printed name and title*