AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
USMS HARRISBURG, PA
2016 JUL 27 PM 3: 38

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.

Humphrey Holmes

*Defendant*

) Case No. 1:11-cr-00302-SHR-1
)
)
)
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Humphrey Holmes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

Date: 7-27-16

*Issuing officer's signature*
Martin C. Carlson

City and state: Harrisburg, PA

Martin C. Carlson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/27/2016, and the person was arrested on *(date)* 7/27/16
at *(city and state)* Harrisburg, PA.

Date: 7/27/16

*Arresting officer's signature*

B. Reiff SDUSM
*Printed name and title*